**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DORIS DAVIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-287-KC** |
| | § | |
| **EL PASO MHMR and EL PASO** | § | |
| **COUNTY,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered the above-captioned case.  In its Scheduling Order, ECF No. 9, the Court ordered the parties to "participate in and complete a formal dispute resolution process by no later than April 22, 2024."  *Id.* at 2.  The Court further ordered the parties to "provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than January 19, 2024."  *Id.*  On December 1, 2023, the Court ordered "all deadlines in this matter pertaining to Plaintiff's claims against Defendant El Paso MHMR [ ] stayed pending arbitration."  Dec. 1, 2023, Order 1, ECF No. 22.  However, the deadlines pertaining to Plaintiff's claims against Defendant El Paso County remain in effect.  The deadline to provide written notice of the scheduled dispute resolution proceeding has passed, and neither Plaintiff nor Defendant El Paso County has provided the required information.

Accordingly, the Court **ORDERS** that Plaintiff and Defendant El Paso County submit written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by **no later than February 5, 2024**.

**SO ORDERED**.

**SIGNED this 22nd day of January, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2